No. 17,068.

PORTER *v.* BORELLI.
(272 P. [2d] 992)

Decided July 26, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. LEO W. KENNEDY, for plaintiff in error.

Mr. JOSEPH N. LILLY, for defendant in error.